■ LENA MASTERSON, Individually and as Administratrix of the Estate of FLOYD M. MASTERSON, Deceased, et al., Plaintiffs, v. P. & H. HARNISCHFEGER CORPORATION et al., Defendants. HARNISCHFEGER CORPORATION, Third-Party Plaintiff-Appellant, v. LIEBHERR (IRELAND) LTD., Third-Party Defendant, and J. A. JONES CONSTRUCTION COMPANY, Third-Party Defendant-Respondent.— Order, Supreme Court, New York County, entered on January 6, 1972, unanimously reversed, on the law, without costs and without disbursements, and the motion of third-party defendant-respondent to dismiss the cause of action stated against it by third-party plaintiff-appellant denied, and the cause reinstated. Special Term, deciding the motion before the decision in *Dole v. Dow Chem. Co.* (30 N Y 2d 143) relied, in dismissing, upon the active-passive negligence doctrine. A different evaluation of the third-party claim is now required. (See, also, *Wood v. City of New York*, 39 A D 2d 534; *Frey v.*

896

*Bethlehem Steel Corp.*, 37 A D 2d 927, revd. 30 N Y 2d 764.)   Concur —
Stevens, P. J., McGivern, Markewich, Kupferman and Steuer, JJ.